# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Marquisa Davidson** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| **Car Group Holdings, LLC d/b/a** | ) | **2:24-cv-1640-ACA** |
| **Webuyanycar.com, et. al.** | ) | |
| | ) | |
| Defendant. | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
JEFFERY SPEARS
1415 3rd Avenue S, Apt. 639
Birmingham, AL 35233

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PATRICIA A. GILL
THE WORKERS' FIRM
2 20TH Street North, Suite 900
Birmingham, AL 35203
trish@theworkersfirm.com

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 1/14/2025

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203